UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:18-CR-35-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH YOUNG | ORDER |

Upon motion of the Defendant with the consent of the Government, and for good cause shown, the arraignment and sentencing will be conducted simultaneously during this Court's May 20, 2019 term of Court.

SO ORDERED.

This ___10___ day of May, 2019.

                                                                                _____
                                                                                JAMES C. DEVER III
                                                                                United States District Judge